IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNON L. BELTON, JR.,** | Case No. 3:19-cv-01909-WHO (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| **J. GUTIERREZ, et. al.,** | |
| Defendants. | |

Defendants A. Camacho, A. Pola, M. Mayder, P. Lam, J. Gutierrez, R. Martinez, and P. Gonzalez have requested an extension of time in which to file a reply in support of summary judgment, up to and including December 5, 2019. The Court, having considered Defendants' request, and good cause having been found:

**IT IS ORDERED** that Defendants' request to change time in which to file a dispositive motion, up to and including December 5, 2019, is GRANTED.

Dated: October 22, 2019

The Honorable William H. Orrick