UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON L. BELTON,<br>　　　　　Plaintiff,<br>　　v.<br>J. GUTIERREZ, et al.,<br>　　　　　Defendants. | Case No. 19-cv-01909-WHO (PR)<br><br>**ORDER STAYING ACTION**<br><br>Dkt. No. 61 |

　　Plaintiff Belton's request to stay this action until he returns from court proceedings is GRANTED. (Dkt. No. 61.) This federal civil rights action is STAYED. Nothing further will take place in this action until the Court decides further action is appropriate, or until plaintiff moves to dissolve the stay. The Clerk shall terminate all pending motions, and ADMINISTRATIVELY CLOSE the file pending the stay of this action.

　　When plaintiff is ready to reopen proceedings, he shall file a motion entitled "Motion to Reopen."

　　**IT IS SO ORDERED.**

**Dated:** October 6, 2020



WILLIAM H. ORRICK
United States District Judge